Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CASTLE CAPE FISHERIES, INC., an Alaska corporation,<br><br>                Plaintiff,<br>  v.<br><br>CRAFTSMEN UNITED, INC., a Washington corporation,<br><br>                Defendant. | IN ADMIRALTY<br><br>NO. 13-cv-5922 BHS<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ORDER COMPELLING RELEASE OF CLAIM OF MARITIME LIEN AND APPROVING ALTERNATE SECURITY** |

Upon the plaintiff's unopposed Motion for Order Compelling Release of Claim of Maritime Lien and Approving Alternate Security, having regularly come on for consideration, and having considered the plaintiff's motion and supporting papers, and the defendants opposition, it is hereby:

ORDERED, that plaintiff's motion is granted.  Upon the plaintiff's posting of $50,000 with the registry of this Court as alternate security and substitute res for the defendant's claim of lien against the plaintiff's vessel, the defendant's lien, if any, shall be transferred to such substitute *res,* whereupon defendant shall promptly execute and deliver to plaintiff's counsel a release of its Notice of Claim of Lien in proper form for recording with the USCG-NVDC promptly upon the posting of the alternate security approved by the court.

ORDER GRANTING MOTION FOR ORDER COMPELLING RELEASE OF CLAIM OF MARITIME LIEN AND APPROVING ALTERNATE SECURITY – PAGE 1
Case No. 13-cv-5922 BHS
m46676-2164447.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

Dated: May 16, 2014

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

GRAHAM & DUNN, P.C.

By: s/Jess G. Webster
Jess G. Webster #11402
Diane M. Meyers # 40729
GRAHAM & DUNN PC
2801 Alaskan Way ~ Suite 300
Seattle, WA 98121-1128
Telephone:  (206) 624-8300
Fax: (206) 340-9599
E-mail:  jwebster@grahamdunn.com;
dmeyers@grahamdunn.com

Attorneys for Plaintiff, Castle Cape Fisheries, Ltd.

ORDER GRANTING MOTION FOR ORDER COMPELLING RELEASE OF CLAIM OF MARITIME LIEN AND APPROVING ALTERNATE SECURITY – PAGE 1
Case No. 13-cv-5922 BHS
m46676-2164447.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599