UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CASTLE CAPE FISHERIES, INC., an Alaska corporation,<br><br>    Plaintiff,<br> v.<br><br>CRAFTSMEN UNITED, INC., a Washington corporation,<br><br>    Defendant. | IN ADMIRALTY<br><br>NO. 13-cv-5922 BHS<br><br>**STIPULATION AND ORDER FOR RELEASE OF ALTERNATE SECURITY**<br><br>Note for Consideration:<br>Same Day – November 6, 2014 |

## STIPULATION OF THE PARTIES

Pursuant to this Court's Order of May 16, 2014 (Dkt # 20), Plaintiff Castle Cape Fisheries, Inc. ("CCF") deposited with the registry of the court the principal sum of $50,000.00 as alternate security to secure the release of claim of maritime lien recorded by the Defendant Craftsmen United, Inc. ("CUI") against CCF's vessel. The parties have now settled and resolved all claims between the parties, under which settlement the alternate security deposited by CCF with the registry of the court is to be released to CCF or its order. Accordingly, the parties, by and through their counsel of record, stipulate that the principal amount $50,000.00 deposited by CCF with the registry of the court, plus all accrued interest, minus any statutory users fees, be released to CCF or its order. The parties jointly move this Court for the entry of the subjoined Order releasing the funds to CCF or its order. Upon completion of the release and disbursement of the funds deposited with the registry of the court, the parties will submit to the court a stipulation and order for the dismissal of this action.

STIPULATION AND ORDER FOR RELEASE OF
ALTERNATE SECURITY– PAGE 1
Case No. 13-cv-5922 BHS

m46676-2239867.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

Dated: November 5, 2014.

| GRAHAM & DUNN, P.C. | BAUER MOYNIHAN & JOHNSON LLP |
|---|---|
| By: s/Jess G. Webster<br>Jess G. Webster #11402<br>GRAHAM & DUNN PC<br>2801 Alaskan Way ~ Suite 300<br>Seattle, WA 98121-1128<br>Telephone: (206) 624-8300<br>Fax: (206) 340-9599<br>E-mail: jwebster@grahamdunn.com | /s/ Donald K. McLean<br>Donald K. McLean WSBA No. 24158<br>Bauer Moynihan & Johnson LLP<br>2101 Fourth Avenue, Suite 2400<br>Seattle, WA 98121<br>Telephone: (206) 443-3400<br>Fax: (206) 448-9076<br>E-mail: dkmclean@bmjlaw.com |
| Attorneys for Plaintiff, Castle Cape Fisheries, Ltd. | Attorneys for Defendant Craftsmen United, Inc. |

## ORDER

The parties having entered into the foregoing Stipulation, it is hereby,

ORDERED that the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $50,000.00 plus all accrued interest, minus any statutory users fees, payable to "Graham & Dunn PC, in trust" and mail or deliver the check to Graham & Dunn PC, Pier 70, 2801 Alaskan Way, Suite 300, Seattle, Washington 98112-1128.

Dated this 12th day of November, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER FOR RELEASE OF ALTERNATE SECURITY– PAGE 1
Case No. 13-cv-5922 BHS

m46676-2239867.docx

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Presented by:
GRAHAM & DUNN, P.C.

By: s/Jess G. Webster
Jess G. Webster #11402
GRAHAM & DUNN PC
2801 Alaskan Way ~ Suite 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
Fax: (206) 340-9599
E-mail: jwebster@grahamdunn.com

Attorneys for Plaintiff, Castle Cape Fisheries, Ltd.

# CERTIFICATE OF SERVICE

I certify that on the 5th day of November, 2014, I caused to be electronically filed the foregoing document with the clerk of the court, using the CM/ECF system, which will send notification of such filing to all parties entitled to service:

- **Donald K McLean**
  dkmclean@bmjlaw.com, akashuba@bmjlaw.com, mjusupovic@bmjlaw.com, tfairchild@bmjlaw.com, mmgrabowski@bmjlaw.com, skkaplan@bmjlaw.com

By: *s/Jess G. Webster*
Jess G. Webster #11402
GRAHAM & DUNN PC
2801 Alaskan Way ~ Suite 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
Fax: (206) 340-9599
E-mail: jwebster@grahamdunn.com
           dmeyers@grahamdunn.com

Attorneys for Plaintiff, Castle Cape Fisheries, Inc.

STIPULATION AND ORDER FOR RELEASE OF
ALTERNATE SECURITY– PAGE 1
Case No. 13-cv-5922 BHS

m46676-2239867.docx

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599